FILED

2003 NOV -7  A 3: -3

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY ORR and<br>MARIA ORR  :<br>   :<br>Plaintiffs  :<br>V.   :<br>   :<br>ROYAL INDEMNITY COMPANY  :<br>D/B/A ROYAL & SUNALLIANCE  :<br>   :<br>Defendant  : | CIVIL ACTION<br>NO. 3:02 CV 2165 (AVC)<br><br><br><br><br>NOVEMBER 3, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

The defendant, Royal Indemnity Company d/b/a Royal & SunAlliance ("Royal"), respectfully requests an enlargement of the time in which it must respond to the plaintiff's Amended Complaint dated October 24, 2003. Specifically, Royal requests an enlargement of time to November 21, 2003 in which to respond to the plaintiff's Amended Complaint.

The additional time requested is necessary for Royal to determine whether it will move to dismiss any of the counts asserted by the plaintiffs or whether it will simply file an answer and affirmative defenses. The additional time requested will be sufficient for Royal to prepare its responsive pleading.

The undersigned has conferred with counsel for the plaintiffs, who has no objection to the granting of this motion. This is the first extension of time to file a responsive pleading to the Amended Complaint requested by Royal.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Wherefore, for all of the foregoing reasons, Royal respectfully requests that its Motion for Enlargement of Time be granted.

THE DEFENDANT:
ROYAL INDEMNITY COMPANY D/B/A
ROYAL & SUNALLIANCE

By *[signature: Kathleen A. St. Onge]*
John W. Lemega
Fed. Bar #ct 04250
Kathleen A. St. Onge
Fed. Bar #ct16323
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103 (tel.)
(860) 548-0006 (fax)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 3rd day of November, 2003, I hereby mailed a copy of the foregoing Motion for Enlargement of Time to:

Jeffrey M. McCormick, Esq.
O'Rourke & Associates
27 Pine Street
New Canaan, CT 06840

*[signature]*
Kathleen A. St. Onge

481106.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105