#34

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY ORR and<br>MARIA ORR | : | CIVIL ACTION<br>NO. 3:02 CV 2165 (AVC) |
|                Plaintiffs<br>V. | : | |
| ROYAL INDEMNITY COMPANY<br>D/B/A ROYAL & SUNALLIANCE | : | NOVEMBER 3, 2003 |
|                Defendant | : | |

### MOTION FOR ENLARGEMENT OF TIME

The defendant, Royal Indemnity Company d/b/a Royal & SunAlliance ("Royal"), respectfully requests an enlargement of the time in which it must respond to the plaintiff's Amended Complaint dated October 24, 2003. Specifically, Royal requests an enlargement of time to November 21, 2003 in which to respond to the plaintiff's Amended Complaint.

The additional time requested is necessary for Royal to determine whether it will move to dismiss any of the counts asserted by the plaintiffs or whether it will simply file an answer and affirmative defenses. The additional time requested will be sufficient for Royal to prepare its responsive pleading.

The undersigned has conferred with counsel for the plaintiffs, who has no objection to the granting of this motion. This is the first extension of time to file a responsive pleading to the Amended Complaint requested by Royal.

GRANTED.
Alfred V. Covello, U.S.D.J.
November 6, 2003.
SO ORDERED.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105