FILED

2003 NOV 14 A 9:52

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY ORR and<br>MARIA ORR | : | CIVIL ACTION<br>NO. 3:02 CV 2165 (AVC) |
| Plaintiffs | : | |
| V. | : | |
| ROYAL INDEMNITY COMPANY<br>D/B/A ROYAL & SUNALLIANCE | : | NOVEMBER 14, 2003 |
| Defendant | : | |

## MOTION TO AMEND SCHEDULING ORDER

The defendant, Royal Indemnity Company d/b/a Royal & SunAlliance ("Royal"), respectfully requests certain amendments to the Scheduling Order entered by the Court on March 4, 2003 and September 2, 2003. Specifically, Royal requests that certain existing deadlines be extended by one month.

Under the current Scheduling Order, Royal is obligated to designate experts and provide reports to the Orrs by November 15, 2003. As of this date, Royal has not deposed the plaintiffs' experts but intends to do so by mid-December. Royal will then expeditiously designate experts and provide reports to the plaintiffs. Additionally, Royal will be filing a motion to dismiss Counts Two and Six of the plaintiffs' First Amended Complaint on or before November 21, 2003. For these reasons, Royal requests the following amendments to the current Scheduling Order:

One Goodwin Square
225 Asylum Street
Hartford, CT  06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

1. All discovery shall be completed by January 31, 2003.

2. The defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before December 31, 2003, and depositions of any such experts shall be completed by January 31, 2004;

3. All motions, except motions in limine incident to a trial, shall be filed on or before February 28, 2004;

5. The parties shall file a joint trial memorandum in accordance with the pretrial order on March 15, 2004;

6. The case shall be ready for trial by April 15, 2004.

The undersigned has conferred with counsel for the plaintiffs, who has no objection to the granting of this Motion. The requested changes do not affect the current deadline of April 15, 2004 by which this case must be ready for trial. This is the second request for an amendment of the Scheduling Order requested by the defendant.

One Goodwin Square
225 Asylum Street
Hartford, CT  06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANT:
ROYAL INDEMNITY COMPANY D/B/A
ROYAL & SUNALLIANCE

By *Kathleen A. St. Onge*
John W. Lemega
Fed. Bar #ct 04250
Kathleen A. St. Onge
Fed. Bar #ct16323
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
(860) 548-0006

### CERTIFICATION

This is to certify that on this 14th day of November, 2003, I hereby mailed a copy of the foregoing Motion for Amendment of Scheduling Order to:

Jeffrey M. McCormick, Esq.
O'Rourke & Associates
27 Pine Street
New Canaan, CT 06840

*Kathleen A. St. Onge*
Kathleen A. St. Onge

458382.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT  06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105