02cv2165 mtnc

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY ORR and<br>MARIA ORR | : | CIVIL ACTION<br>NO. 3:02 CV 2165 (AVC) |
| Plaintiffs<br>V. | : | |
| ROYAL INDEMNITY COMPANY<br>D/B/A ROYAL & SUNALLIANCE | : | NOVEMBER 14, 2003 |
| Defendant | : | |

### MOTION TO AMEND SCHEDULING ORDER

The defendant, Royal Indemnity Company d/b/a Royal & SunAlliance ("Royal"), respectfully requests certain amendments to the Scheduling Order entered by the Court on March 4, 2003 and September 2, 2003. Specifically, Royal requests that certain existing deadlines be extended by one month.

Under the current Scheduling Order, Royal is obligated to designate experts and provide reports to the Orrs by November 15, 2003. As of this date, Royal has not deposed the plaintiffs' experts but intends to do so by mid-December. Royal will then expeditiously designate experts and provide reports to the plaintiffs. Additionally, Royal will be filing a motion to dismiss Counts Two and Six of the plaintiffs' First Amended Complaint on or before November 21, 2003. For these reasons, Royal requests the following amendments to the current Scheduling Order:

GRANTED
Alfred V. Covello, U.S.D.J.
November 17 2003
SO ORDERED

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105