FILED

2003 NOV 21  A 9:56

UNITED STATES DISTRICT COURT   US DISTRICT COURT
DISTRICT OF CONNECTICUT         HARTFORD CT

| | | |
|---|---|---|
| TIMOTHY ORR AND MARIA ORR | : | CIVIL ACTION |
| Plaintiffs | : | |
| V. | : | NO. 3:02 CV2165 (AVC) |
| ROYAL INDEMNITY COMPANY D/B/A ROYAL & SUNALLIANCE | : | |
| Defendants | : | NOVEMBER 21, 2003 |

## MOTION TO DISMISS

The Defendant, Royal & SunAlliance, d/b/a Royal Indemnity Company (hereafter "Royal"), hereby moves to dismiss Count Three, alleging Breach of Implied Contract, and Count Six, alleging a violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), of the Plaintiffs' Amended Complaint dated October 24, 2003. Because these Counts fail to state claims upon which relief can be granted, they should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as set forth more fully in the accompanying Memorandum of Law.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

One Goodwin Square
225 Asylum Street
Hartford, CT 06103



HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Wherefore, Royal respectfully requests that this Court grant its Motion to Dismiss counts three and six of the Plaintiff's Amended Complaint.

THE DEFENDANTS:
ROYAL INDEMNITY COMPANY
D/B/A ROYAL & SUNALLIANCE

By *Kathleen A. St. Onge*
Kathleen A. St. Onge of
HALLORAN & SAGE LLP
Fed. Bar # ct 16323
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 21st day of November, 2003, I hereby mailed a copy of the foregoing to:

Jeffrey M. McCormick, Esq.
O'Rourke & Associates, LLC
27 Pine Street
New Canaan, CT  06840

*Kathleen A. St. Onge*
Kathleen A. St. Onge

488095.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105