UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY H. ORR and MARIA ORR,<br>Plaintiffs | : CIVIL ACTION<br>: Case No. 3:02cv2165 (AVC)<br>: |
| V. | : |
| ROYAL INDEMNITY COMPANY d/b/a<br>ROYAL & SUNALLIANCE,<br>Defendant. | :<br>:<br>: December 11, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), Plaintiffs Timothy H. Orr and Maria Orr ("Plaintiffs") respectfully move this Court for an extension of time of nineteen (19) days to prepare and file a memorandum in opposition to Defendant's latest Motion to Dismiss, dated November 21, 2003 ("Motion to Dismiss"). Counsel for Plaintiffs hereby certifies that this brief extension will most certainly allow Plaintiffs to make such opposition filing no later than December 31, 2003.

The additional time is necessary for Plaintiff's to properly assess and respond to the legal arguments brought forth in the Motion to Dismiss, especially in light of the recent Ruling by the Court, dated September 19, 2003, regarding Defendant's prior motion to dismiss, dated January 21, 2003. The additional time requested will be sufficient for Plaintiff's to prepare its responsive pleading.

The undersigned has conferred with counsel for Defendant, who has no objection to the granting of this motion. This is the first extension of time to file a responsive pleading to the Motion to Dismiss requested by Plaintiffs.

WHEREFORE, Plaintiffs request until December 31, 2003 to file a responsive pleading to the Motion to Dismiss.

                THE PLAINTIFFS,
                TIMOTHY H. ORR and MARIA ORR

By: *[signature]*
      Jeffrey M. McCormick (ct#21185)
      O'ROURKE & ASSOCIATES, LLC
      27 Pine Street
      New Canaan, CT 06840
      phone: (203) 966-6664

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, to counsel of record as listed below this 11th day of December, 2003.

Jeffrey M. McCormick

Kathleen A. St. Onge, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103