UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY H. ORR and MARIA ORR,<br>Plaintiffs | : CIVIL ACTION<br>: Case No. 3:02cv2165 (AVC) |
| V. | : |
| ROYAL INDEMNITY COMPANY d/b/a<br>ROYAL & SUNALLIANCE,<br>Defendant. | :<br>:<br>: December 11, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), Plaintiffs Timothy H. Orr and Maria Orr ("Plaintiffs") respectfully move this Court for an extension of time of nineteen (19) days to prepare and file a memorandum in opposition to Defendant's latest Motion to Dismiss, dated November 21, 2003 ("Motion to Dismiss"). Counsel for Plaintiffs hereby certifies that this brief extension will most certainly allow Plaintiffs to make such opposition filing no later than December 31, 2003.

The additional time is necessary for Plaintiff's to properly assess and respond to the legal arguments brought forth in the Motion to Dismiss, especially in light of the recent Ruling by the Court, dated September 19, 2003, regarding Defendant's prior motion to dismiss, dated January 21, 2003. The additional time requested will be sufficient for Plaintiff's to prepare its responsive pleading.

The undersigned has conferred with counsel for Defendant, who has no objection to the granting of this motion. This is the first extension of time to file a responsive pleading to the Motion to Dismiss requested by Plaintiffs.

December 15. 2003.
SO ORDERED.

/s/
Alfred V. Covello, U.S.D.J.

GRANTED.