

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY ORR and<br>MARIA ORR | : | CIVIL ACTION<br>NO. 3:02 CV 2165 (AVC) |
| Plaintiffs | : | |
| V. | : | |
| ROYAL INDEMNITY COMPANY<br>D/B/A ROYAL & SUNALLIANCE | : | |
| Defendant | : | DECEMBER 30, 2003 |

**MOTION TO AMEND SCHEDULING ORDER
AND FOR PARTIAL STAY OF PROCEEDINGS**

The defendant, Royal Indemnity Company d/b/a Royal & SunAlliance ("Royal"), respectfully requests certain amendments to the Scheduling Order entered by the Court on November 17, 2003 and also requests that a stay enter as to certain deadlines.

The requested amendments to the Scheduling Order are necessary to permit Royal additional time to designate experts and for the plaintiffs to depose said experts. As of this date, the plaintiffs' depositions have been completed and the plaintiffs have disclosed their experts and provided expert reports to Royal. No expert depositions have been taken and the plaintiffs have not deposed any fact witnesses. Royal has not yet designated its experts. Additionally, through the plaintiffs' depositions, Royal has identified an additional fact witness that it wishes to depose. The specific scheduling order amendments requested by Royal are set forth below.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

In addition to modification of the existing Scheduling Order, Royal requests a stay of certain deadlines to give the parties adequate time to depose a key fact witness who is currently outside of the United States. The claims asserted by the plaintiffs in this matter sound in breach of contract, promissory estoppel, breach of implied contract, bad faith, violations of the Connecticut Unfair Trade Practices Act, and negligence, all arising out of Royal's handling of a fire loss claim submitted by the plaintiffs to Royal. The plaintiffs' claim was handled in large part by an independent adjuster named Adam Kopchyak. In their complaint, the plaintiffs make numerous allegations regarding Mr. Kopchyak's specific conduct in his handling of their claim. As such, Mr. Kopchyak's testimony is crucial to Royal's defense.

Since the filing of its Motion to Amend Scheduling Order dated November 14, 2003, Royal has learned that Mr. Kopchyak is presently in Iraq in a civil service position and is unable to estimate when he will return to the United States or will otherwise be available for a video or telephone deposition. For this reason, the defendant requests a stay of certain deadlines to allow time for Royal to take Mr. Kopchyak's deposition at some point in the future. The specific deadlines that Royal requests be stayed are listed below.

Royal requests the following amendments to the current Scheduling Order:

1. All discovery, except for the deposition of fact witness Adam Kopchyak, shall be completed by March 31, 2004.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2. The defendant shall designate all trial experts and provide opposing counsel with reports from retained experts by February 15, 2004, and depositions of any such experts shall be completed by March 31, 2004.

3. A status conference will be held in this case on or about July 1, 2004 at which time the stay may be extended or deadlines for the filing of dispositive motions, a joint trial memorandum, and a trial readiness date will be set.

In the event the Court declines to enter the requested stay, Royal requests the following additional modifications to the Scheduling Order:

1. All motions, except motions in limine incident to a trial, shall be filed on or before May 15, 2004;

2. The parties shall file a joint trial memorandum in accordance with the pretrial order on June 15, 2004;

3. The case shall be ready for trial by July 15, 2004.

The undersigned has conferred with counsel for the plaintiffs, who consents to the granting of this Motion, including the entry of a temporary stay. The requested changes will affect the current deadline of April 15, 2004 by which this case must be ready for trial. Additionally, on November 21, 2003, Royal filed a motion to dismiss two counts of the plaintiffs' First Amended Complaint. The plaintiffs' objection thereto is due on December 31, 2003.

This is the third request for amendment of the Scheduling Order requested by the defendant and the first request for a stay.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Wherefore, for all of the foregoing reasons, the defendant respectfully requests that its Motion to Amend Scheduling Order and for Partial Stay of Proceedings be granted.

THE DEFENDANT,
ROYAL INDEMNITY COMPANY
d/b/a ROYAL & SUNALLIANCE

By /s/ Kathleen A. St. Onge
John W. Lemega
Fed. Bar #ct 04250
Kathleen A. St. Onge of
Fed. Bar #ct16323
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 30th day of December 2003, I hereby mailed or faxed a copy of the foregoing to:

Jeffrey M. McCormick, Esq.
O'Rourke & Associates
27 Pine Street
New Canaan, CT 06840

*Kathleen A. St. Onge*
Kathleen A. St. Onge

496846.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105