UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY H. ORR and MARIA ORR,<br>Plaintiffs | : CIVIL ACTION<br>: Case No. 3:02cv2165 (AVC)<br>: |
| V. | : |
| ROYAL INDEMNITY COMPANY d/b/a<br>ROYAL & SUNALLIANCE,<br>Defendant. | :<br>:<br>: December 31, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), Plaintiffs Timothy H. Orr and Maria Orr ("Plaintiffs") respectfully move this Court for an extension of time of nine (9) days to prepare and file a memorandum in opposition to Defendant's latest Motion to Dismiss, dated November 21, 2003 ("Motion to Dismiss"). Counsel for Plaintiffs hereby certifies that this extension will allow Plaintiffs to file such memorandum absolutely no later than January 9, 2004.

The additional time is necessary for Plaintiffs to properly assess and respond to the legal arguments brought forth in the Motion to Dismiss, especially in light of the recent Ruling by the Court, dated September 19, 2003, regarding Defendant's prior motion to dismiss, dated January 21, 2003.

The additional time has also become necessary for the undersigned counsel for Plaintiffs due to unforeseen delays caused by the current holiday season. More particularly, the undersigned counsel for Plaintiffs intends on filing supportive affidavits with its memorandum in opposition, however, Plaintiffs themselves have been unavailable due to vacation and travel during the holidays. The undersigned counsel for Plaintiffs also intends to contact the State of

Connecticut Insurance Department in regard to the possibility of obtaining a supporting affidavit from it as well.

The undersigned counsel for Plaintiffs has also recently been sidelined by illness to himself and his entire family.

This very short period of requested additional time will enable Plaintiffs to make their filing by January 9th.

The undersigned has conferred with counsel for Defendant, Kathleen A. St. Onge, and she has no objection to the granting of this motion. This is Plaintiffs' second request for an extension of time to file a responsive pleading to the latest Motion to Dismiss.

WHEREFORE, Plaintiffs request until January 9, 2004 to file a responsive pleading to the Motion to Dismiss.

THE PLAINTIFFS,
TIMOTHY H. ORR and MARIA ORR

By: _____
Jeffrey M. McCormick (ct#21185)
O'ROURKE & ASSOCIATES, LLC
27 Pine Street
New Canaan, CT 06840
phone: (203) 966-6664

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, to counsel of record as listed below this 31st day of December, 2003.

Jeffrey M. McCormick

Kathleen A. St. Onge, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103