

02cv2165Jmotex

FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TIMOTHY H. ORR and MARIA ORR, <br>     Plaintiffs | : CIVIL ACTION <br> : Case No. 3:02cv2165 (AVC) |
| V. | : |
| ROYAL INDEMNITY COMPANY d/b/a <br> ROYAL & SUNALLIANCE, <br>     Defendant. | : <br> : <br> : December 31, 2003 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b), Plaintiffs Timothy H. Orr and Maria Orr ("Plaintiffs") respectfully move this Court for an extension of time of nine (9) days to prepare and file a memorandum in opposition to Defendant's latest Motion to Dismiss, dated November 21, 2003 ("Motion to Dismiss"). Counsel for Plaintiffs hereby certifies that this extension will allow Plaintiffs to file such memorandum absolutely no later than January 9, 2004.

The additional time is necessary for Plaintiffs to properly assess and respond to the legal arguments brought forth in the Motion to Dismiss, especially in light of the recent Ruling by the Court, dated September 19, 2003, regarding Defendant's prior motion to dismiss, dated January 21, 2003.

The additional time has also become necessary for the undersigned counsel for Plaintiffs due to unforeseen delays caused by the current holiday season. More particularly, the undersigned counsel for Plaintiffs intends on filing supportive affidavits with its memorandum in opposition, however, Plaintiffs themselves have been unavailable due to vacation and travel during the holidays. The undersigned counsel for Plaintiffs also intends to contact the State of

GRANTED.
Alfred V. Covello, U.S.D.J.
January 12, 2004.
SO ORDERED.