FILED
2003 DEC 30 P
U.S. DISTRICT COURT
HARTFORD, CT.

3 = 02cv2165 (AVC). January 12, 2004. The motion is granted to the extent it seeks a modification of the scheduling order and denied to the extent it seeks a stay. The scheduling order is ordered modified as reflected herein. No further extensions of time shall be granted except for good cause shown.

SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED JAN 12 P 4:51

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RR and : CIVIL ACTION
: NO. 3:02 CV 2165 (AVC)
Plaintiffs :
:
:
IMNITY COMPANY :
L & SUNALLIANCE :
:
Defendant : DECEMBER 30, 2003

## MOTION TO AMEND SCHEDULING ORDER
## AND FOR PARTIAL STAY OF PROCEEDINGS

efendant, Royal Indemnity Company d/b/a Royal & SunAlliance ("Royal"),

equests certain amendments to the Scheduling Order entered by the Court

r 17, 2003 and also requests that a stay enter as to certain deadlines.

quested amendments to the Scheduling Order are necessary to permit

nal time to designate experts and for the plaintiffs to depose said experts.

e, the plaintiffs' depositions have been completed and the plaintiffs have

ir experts and provided expert reports to Royal. No expert depositions

ken and the plaintiffs have not deposed any fact witnesses. Royal has not

d its experts. Additionally, through the plaintiffs' depositions, Royal has

additional fact witness that it wishes to depose. The specific scheduling

ments requested by Royal are set forth below.

**HALLORAN
& SAGE LLP**

225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105