UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY H. ORR and MARIA ORR, | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | Case No. 3:02cv2165 (AVC) |
| V. | : | |
| | : | |
| ROYAL INDEMNITY COMPANY d/b/a | : | |
| ROYAL & SUNALLIANCE, | : | |
|     Defendant. | : | February 24, 2004 |

**JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38, Plaintiffs demand a trial by jury.

                                                THE PLAINTIFFS,
                                                TIMOTHY H. ORR and MARIA ORR

By:_____
        Jeffrey M. McCormick (ct#21185)
        O'ROURKE & ASSOCIATES, LLC
        27 Pine Street
        New Canaan, CT  06840
        phone: (203) 966-6664
        fax:  (203) 966-5710

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, to counsel of record as listed below this 24th day of February, 2004.

_____
Jeffrey M. McCormick

Kathleen A. St. Onge, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103