FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY H. ORR and MARIA ORR,<br>Plaintiffs<br><br>V.<br><br>ROYAL INDEMNITY COMPANY d/b/a<br>ROYAL & SUNALLIANCE,<br>Defendant. | : CIVIL ACTION<br>:<br>: Case No. 3:02cv2165 (AVC)<br>:<br>:<br>:<br>:<br>: February 25, 2004 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**SURREPLY, *NUNC PRO TUNC***

**I.    INTRODUCTION**

The Plaintiffs, Timothy H. Orr and Maria Orr ("Plaintiffs"), hereby motion the Court for leave to file a Surreply ("Surreply", which is being filed concurrently herewith) to Defendant Royal Indemnity Company d/b/a Royal & Sunalliance's ("Royal" or "Defendant") Reply Brief to Plaintiffs' Memorandum in Opposition to Motion to Dismiss, dated January 26, 2004 ("Reply Brief"). In support of this Motion for Leave, Plaintiffs state as follows:

**II.   BACKGROUND**

1.    On or about January 21, 2003, Defendant filed its first Motion to Dismiss ("First Motion to Dismiss").

2.    By Ruling dated September 19, 2003, the Court granted in part and denied in part the First Motion to Dismiss ("Ruling").

3.    More particularly, the Court denied Defendant's attempt to dismiss the (i) promissory estoppel, (ii) fraud, (iii) breach of implied covenant of good faith and fair dealing, and (iv) negligence counts in Plaintiffs' original complaint.

GRANTED.
Alfred V. Covello
March 2, 2004.
SO ORDERED.