FILED

2004 MAR 16 P 2: 29

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY H. ORR and MARIA ORR,<br>Plaintiffs | : CIVIL ACTION<br>:<br>: Case No. 3:02cv2165 (AVC) |
| V. | : |
| ROYAL INDEMNITY COMPANY d/b/a<br>ROYAL & SUNALLIANCE,<br>Defendant. | :<br>:<br>: MARCH 16, 2004 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME AND MODIFICATION OF SCHEDULING ORDER

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Royal Indemnity Company d/b/a Royal & SunAlliance ("Royal"), hereby requests an extension of time of fourteen (14) days to April 5, 2004 in which to respond to interrogatories and requests for production served by the Plaintiffs on February 20, 2004. On February 23, 2004, the undersigned forwarded copies of the requests to Royal and has been working on drafting responses but then learned, on March 15, 2004, that the Royal representative responsible for this case recently suffered a severe ankle injury and will be out of work until at least March 23, 2004. As such, this individual will not be available prior to that date to locate the documents responsive to the Plaintiffs' document requests or to answer interrogatories. A short extension of time will allow Royal sufficient time to respond to the pending requests.

Royal also requests modification of the Scheduling Order to extend the current discovery deadline to April 16, 2004 to allow Plaintiffs adequate time to depose a

representative of Royal after responses to the outstanding discovery requests have been served. Additionally, the Plaintiffs have represented that they wish to depose Hope Jeffrey, a former employee of Royal and need additional time to conduct that deposition.

The requested extension of time and modification of Scheduling Order will not affect any other deadlines currently in place and will not affect the trial readiness date of July 15, 2004. Depositions are currently scheduled for March 23, March 24, March 29, and March 31, 2004 and the parties anticipate that all other discovery will be completed by March 31, 2004. Further, Royal's motion to dismiss dated November 21, 2003 remains pending.

This is Royal's first motion for extension of time to respond to the Plaintiffs' discovery requests. This is Royal's fourth request for modification of the Scheduling Order.

Plaintiffs' counsel consents to the granting of this motion.

Wherefore, the Defendant, Royal Indemnity Company d/b/a Royal & SunAlliance, respectfully requests that its motion for extension of time and for modification of the Scheduling Order be granted.

THE DEFENDANTS:
ROYAL INDEMNITY COMPANY
D/B/A ROYAL & SUNALLIANCE

By *Kathleen A. St. Onge*
John W. Lemega,
Fed Bar # ct 04250, and
Kathleen A. St. Onge
Fed. Bar # ct 16323, of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

### CERTIFICATION

This is to certify that on this 16th day of March, 2004, I hereby mailed a copy of the foregoing to:

Jeffrey M. McCormick, Esq.
O'Rourke & Associates, LLC
27 Pine Street
New Canaan, CT  06840

*Kathleen A. St. Onge*
Kathleen A. St. Onge

527240(HSFP)