

FILED
2004 MAR 16  P 2: 29
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY H. ORR and MARIA ORR,<br>Plaintiffs | : | CIVIL ACTION |
| | : | |
| V. | : | Case No. 3:02cv2165 (AVC) |
| | : | |
| ROYAL INDEMNITY COMPANY d/b/a<br>ROYAL & SUNALLIANCE,<br>Defendant. | : | |
| | : | MARCH 16, 2004 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
AND MODIFICATION OF SCHEDULING ORDER**

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Royal Indemnity Company d/b/a Royal & SunAlliance ("Royal"), hereby requests an extension of time of fourteen (14) days to April 5, 2004 in which to respond to interrogatories and requests for production served by the Plaintiffs on February 20, 2004. On February 23, 2004, the undersigned forwarded copies of the requests to Royal and has been working on drafting responses but then learned, on March 15, 2004, that the Royal representative responsible for this case recently suffered a severe ankle injury and will be out of work until at least March 23, 2004. As such, this individual will not be available prior to that date to locate the documents responsive to the Plaintiffs' document requests or to answer interrogatories. A short extension of time will allow Royal sufficient time to respond to the pending requests.

Royal also requests modification of the Scheduling Order to extend the current discovery deadline to April 16, 2004 to allow Plaintiffs adequate time to depose a

*[Handwritten margin note: GRANTED. Alfred V. Covello, U.S.D.J. March 16, 2004. SO OR----]*

*[Stamp: FILED 2004 MAR 16 P ... U.S. DISTRICT COURT HARTFORD, CT.]*