02cv2165mst

FILED
2004 APR -8 A 11: 03
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TIMOTHY H. ORR and MARIA ORR,  :  CIVIL ACTION
Plaintiffs :
 :
 :  Case No. 3:02cv2165 (AVC)
 :
[ROYAL] INDEMNITY COMPANY d/b/a :
[ROYAL & SU]NALLIANCE, :
[Defend]ant. :  April 7, 2004

## PLAINTIFFS' EMERGENCY MOTION
## FOR PARTIAL STAY OF PROCEEDINGS

[IN]TRODUCTION

[Pla]intiffs, Timothy H. Orr and Maria Orr ("Plaintiffs"), hereby motion the Court for [a stay] as to the current discovery deadline of April 16, 2004. Plaintiffs and the [Ro]yal Indemnity Company d/b/a Royal & Sunalliance ("Defendant"), have entered [fruitf]ul settlement discussions which the parties believe present a reasonable [basis to] resolve this case, and, therefore, obviate expensive discovery, pretrial motions, [etc. Th]e requested stay of the discovery deadline is necessary, in the event the case does [not settle, to al]low Plaintiffs to retain their ability to (i) take the depositions of Defendant and its [ex]pert, (ii) obtain discovery regarding Defendant's eventual Answer, and any [de]fenses it may contain, and (iii) work out and/or apply to the Court for the [resolution o]f the several outstanding objections that Defendant has interposed regarding [writt]en discovery requests. In support of this motion for partial stay of the discovery [deadline, Plaint]iffs state as follows:

[Oral Argumen]t Not Requested
[No Testimony] Required

---

3:02cv2165 (AVC). April 14, 2004. The motion for a stay is denied. In the event that settlement is not reached in a timely manner, the parties may request an extension of time to complete discovery with good cause shown.

SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED 2004 APR 16 P 1:05
U.S. DISTRICT COURT
HARTFORD, CT.