UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY ORR AND MARIA ORR | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | NO. 3:02 CV2165 (AVC) |
| V. | : | |
| ROYAL INDEMNITY COMPANY D/B/A ROYAL & SUNALLIANCE | : | |
| Defendants | : | MAY 14, 2004 |

### STIPULATION FOR REFERENCE TO ADR

Pursuant to Rule 16(h) of the Rules of the United States District Court for the District of Connecticut, the Plaintiffs, Timothy Orr and Maria Orr, and the Defendant, Royal Indemnity Company d/b/a Royal & SunAlliance (collectively, the "Parties"), hereby submit this Stipulation for Reference to ADR and seek Judge Covello's approval and endorsement hereupon.

The Parties have agreed that:

(a) the form of the ADR will be mediation, and the named mediator is Magistrate Thomas Smith;

(b) the Parties request that all judicial proceedings, including all scheduling order deadlines, be stayed pending ADR;

(c) the Parties do not seek to have any special procedures completed prior to commencement of ADR;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

(d)  if the Parties reach resolution of the lawsuit, the effect of the mediation will be binding;

(e)  the Parties request progress reports be filed by Magistrate Smith with Judge Covello on a session-by-session basis; and

(f)  the Parties request as a special condition that, in the unlikely event the ADR process is stopped for any reason such that the judicial proceedings recommence, the Parties request that additional time be allotted for the Plaintiffs to complete discovery including, but not limited to, necessary depositions that have not occurred due to settlement negotiations, including the deposition of Adam Kopchyak who has only recently returned to Connecticut after several months in Iraq. Additionally, the Parties also specifically request that, in the event this matter does not resolve via mediation, they be given the opportunity to file dispositive motions.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The Parties hereby agree to the foregoing Stipulation for Reference to ADR by the following endorsements on this 14th, day of May, 2004:

THE PLAINTIFFS:
TIMOTHY ORR and MARIA ORR

By _____
Jeffrey M. McCormick, Esq.
Fed Bar # ct 21185, of
O'Rourke & Associates, LLC
27 Pine Street
New Canaan, CT 06840
(203) 966-6664 (phone)
(203) 966-5710 (facsimile)

THE DEFENDANTS:
ROYAL INDEMNITY COMPANY
D/B/A ROYAL & SUNALLIANCE

By _____
John W. Lemega,
Fed Bar # ct 04250
Kathleen A. St. Onge
Fed. Bar # ct 16323, of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103 (phone)
(860) 548-0006 (facsimile)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## ORDER

The foregoing Stipulation for Reference to ADR meets with my approval and I hereby enter my endorsement, on this _____ day of _____, 2004:

_____
The Honorable Alfred V. Covello, Senior U.S.D.J.
Chief United States District Judge, District of Connecticut

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105