UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY ORR AND MARIA ORR | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | NO. 3:02 CV2165 (AVC) |
| V. | : | |
| ROYAL INDEMNITY COMPANY D/B/A ROYAL & SUNALLIANCE | : | |
| Defendants | : | MAY 14, 2004 |

FILED 2004 MAY 21 P U.S. DISTRICT COURT HARTFORD, CT

### STIPULATION FOR REFERENCE TO ADR

Pursuant to Rule 16(h) of the Rules of the United States District Court for the District of Connecticut, the Plaintiffs, Timothy Orr and Maria Orr, and the Defendant, Royal Indemnity Company d/b/a Royal & SunAlliance (collectively, the "Parties"), hereby submit this Stipulation for Reference to ADR and seek Judge Covello's approval and endorsement hereupon.

The Parties have agreed that:

(a) the form of the ADR will be mediation, and the named mediator is Magistrate Thomas Smith;

(b) the Parties request that all judicial proceedings, including all scheduling order deadlines, be stayed pending ADR;

(c) the Parties do not seek to have any special procedures completed prior to commencement of ADR;

*[Left margin annotation: The matter is referred to Magistrate-Judge Thomas P. Smith for settlement conference as set forth by the agreement of the parties. May 21, 2004. GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J.]*

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105