*August 23, 2004. As this matter has been reported settled, the motion is denied as moot. SO ORDERED.*

*Alfred V. Covello, U.S.D.J.*

FILED

2003 NOV 21 A 9: 56

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY ORR AND MARIA ORR | : | CIVIL ACTION |
| Plaintiffs | : | NO. 3:02 CV2165 (AVC) |
| V. | : | |
| ROYAL INDEMNITY COMPANY D/B/A ROYAL & SUNALLIANCE | : | |
| Defendants | : | NOVEMBER 21, 2003 |

### MOTION TO DISMISS

The Defendant, Royal & SunAlliance, d/b/a Royal Indemnity Company (hereafter "Royal"), hereby moves to dismiss Count Three, alleging Breach of Implied Contract, and Count Six, alleging a violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), of the Plaintiffs' Amended Complaint dated October 24, 2003. Because these Counts fail to state claims upon which relief can be granted, they should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as set forth more fully in the accompanying Memorandum of Law.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105