UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TIMOTHY H. ORR and
MARIA ORR

      v.                          CASE NO. 3:02CV02165(AVC)

ROYAL INDEMNITY COMPANY
d/b/a ROYAL & SUNALLIANCE

### ORDER OF DISMISSAL

Counsel of record having reported to the Court on August 20, 2004 that the above-entitled case had been settled, and no closing papers having been filed to date; it is hereby

ORDERED pursuant to Local Rule 41(b) that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, this 1st day of October, 2004.

                                                  KEVIN F. ROWE, CLERK

                                          By   /s/ JW
                                                     Jo-Ann Walker
                                                     Deputy Clerk

EOD: